IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LORRIE JOHNSON,

                Plaintiff

    VS.                              NO. 5:06-CV-169 (CAR)

DR. AYMAN ALI,

                Defendant        **PROCEEDINGS UNDER 42 U.S.C. §1983**
                                            **BEFORE THE U. S. MAGISTRATE JUDGE**

## RECOMMENDATION

Before the court is the preanswer Motion to Dismiss filed by defendant AYMAN ALI in the above-styled case.[1]  Tab #3.  The plaintiff has responded to motion (Tab #4) and the defendant has replied to the response (Tab #5).

At issue is whether venue is correct in the Middle District of Georgia for this §1983 claim. The plaintiff's complaint states that venue is proper pursuant to 28 U.S.C. §1391 because "at all times relevant the acts of the Defendants [sic] occurred giving rise to this cause of action at Washington State Prison located . . . within the Middle District of Georgia."  Complaint, Tab #1 at ¶4.  The defendant asserts that he currently resides in the Southern District of Georgia and that the plaintiff is no longer incarcerated in the Middle District and that venue is therefore inappropriate.

The law is clear that the Middle District of Georgia is appropriate: "A civil action wherein jurisdiction is not founded solely on diversity of citizenship may . . . be brought [in] a judicial district in which a substantial part of the events of omissions giving rise to the claim occurred." 28 U.S.C. §1391(b).  This case is not founded solely on diversity, as it is brought under §1983, a federal statute.

---

[1] The defendant has subsequently filed an Answer herein. See Tab #8.

Accordingly, IT IS RECOMMENDED that the defendant's Motion to Dismiss (Tab #3) be DENIED. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED this 7th day of MAY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE