# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| LORRIE JOHNSON, | : |
| | : |
| Plaintiff, | : |
| | : Case No.: 5:06-cv-169 (CAR) |
| v. | : |
| | : |
| DR. AYMAN ALI, | : |
| | : |
| Defendant. | : |

_____

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 9] to deny Defendant's pre-answer Motion to Dismiss [Doc. 3]. Plaintiff has not filed an objection to the Recommendation. Having considered the matter, the Court agrees with the Recommendation. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**. This 6th day of June, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH